```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                                    "USA V WILKINS FURMENT ET AL"
                                      DEF 1.1 FURMENT, WILKINS

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  10/19/05
             Closed:  NO
  No. of Defendants:  2
     MJ Case Number:  A05-0181--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:  12/19/05
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Robert M. Herz
                     425 G Street, Suite 600
                     Anchorage, AK 99501
                     907-277-7171
                     FAX 907-277-0281
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial



PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 1.1 FURMENT, WILKINS

Document           Count     Citation and Description                              Disposition
─────────          ─────     ────────────────────────                              ───────────
    1 -   1 IND      1       21:846 & 841(b)(1)(A)&(B) DRUG CONSPIRACY (F)         Pending

    1 -   1 IND      2       21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF COCAINE      Pending
                             BASE (F)

    1 -   1 IND      3       21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE      Pending
                             (F)

    1 -   1 IND      4       21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE      Pending
                             (F)

    1 -   1 IND      5       21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED      Pending
                             SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                              "USA V WILKINS FURMENT ET AL"
                                 DEF 1.1 FURMENT, WILKINS

                    Including terminated defendants, excluding terminated counsel


    1 -   1 IND    6         21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED        Pending
                             SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                          "USA V WILKINS FURMENT ET AL"
                          DEF 2.1 MOTA-RIJO, FRANK ENRIQUE

                Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  10/19/05
            Closed:  NO
 No. of Defendants:  2
    MJ Case Number:  A05-0181--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
  Needs interpreter: NO
  Counsel of record: David R. Weber
                    Vasquez & Weber PC
                    943 W. 6th Avenue, Suite 132
                    Anchorage, AK 99501
                    907-279-9122
                    FAX 907-279-9123
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 MOTA-RIJO, FRANK ENRIQUE

 Document         Count    Citation and Description                          Disposition
 _____         _____    _____                          _____
     1 -   1 IND    1      21:846 & 841(b)(1)(A)&(B) DRUG CONSPIRACY (F)     Pending

     1 -   1 IND    2      21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF COCAINE  Pending
                           BASE (F)

     1 -   1 IND    3      21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE  Pending
                           (F)

     1 -   1 IND    4      21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF COCAINE  Pending
                           (F)

     1 -   1 IND    5      21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED  Pending
                           SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0097--CR (JWS)
                         "USA V WILKINS FURMENT ET AL"
                         DEF 2.1 MOTA-RIJO, FRANK ENRIQUE

            Including terminated defendants, excluding terminated counsel


 1 -   1 IND    6       21:841(a)(1) & (b)(1)(C) POSSESSION A CONTROLLED       Pending
                        SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0097--CR (JWS)
                              "USA V WILKINS FURMENT ET AL"

                                    For all filing dates


  Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 10/19/05
             Closed: NO
 No. of Defendants: 2


 Document #   Filed      Docket text

       1 -  1 10/19/05   [Re: DEF 1-2] PLF 1 Indictment.

    NOTE -  1 10/20/05   Notation: Proposed Trial Date Setting for arr to USDJ re: DEFS 1 & 2.

       2 -  1 10/20/05   [Re: DEF 1-2] JDR Grand Jury Minutes re: no bail set, set for arr &
                         notify USM & cnsl; def in federal custody, ACCE.

       3 -  1 10/20/05   [Re: DEF 1-2] Documents 2 - 14 transferred from: A05-181 MJ (JDR) to
                         A05-097 CR (JWS) w/att docs.

       4 -  1 10/20/05   [Re: DEF 1] JDR Minute Order setting arr on Indt on 10/24/05 @ 9:30
                         a.m.. cc: USA, R. Herz, USM, USPO

       5 -  1 10/20/05   [Re: DEF 2] JDR Minute Order setting arr on Indt on 10/24/05 @ 10:00
                         a.m.. cc: USA, D. Weber, USM, USPO

       6 -  1 10/24/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                         10/24/05); def plead not guilty to Cts 1-6 of the Indt; def's det cont;
                         meet and confer by 10/26/05, ptm's due 11/14/05; TBJ set for 12/19/05 at
                         9:00 a.m. before USDJ John W. Sedwick, FPTC set for 12/19/05 at 8:30
                         a.m.; cc: USA, R. Herz, USM, USPO, JC, Judge Sedwick.

       7 -  1 10/24/05   [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                         10/24/05); def plead not guilty to Cts 1-6 of the Indt; def's det cont;
                         meet and confer by 10/26/05, ptm's due by 11/14/05; TBJ set for 12/19/05
                         at 9:00 a.m. before USDJ John W. Sedwick, FPTC set for 12/19/05 at 8:30
                         a.m.; cc: USA, D. Weber, USM, USPO, JC, Judge Sedwick.

       8 -  1 10/24/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                         confer 10/26/05; PTM's due 11/14/05. cc: USA, R. Herz

       9 -  1 10/24/05   [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 10/26/05; PTM's due 11/14/05. cc: USA, D. Weber

      10 -  1 10/25/05   [Re: DEF 1-2] JWS Minute Order setting TBJ on 12/19/05 @ 9:00 a.m. &
                         FPTC set 12/19/05 @ 8:30 a.m.. cc: USA, R. Herz, D. Weber, USM, USPO, MJ
                         Roberts, JC

      11 -  1 10/26/05   [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

      12 -  1 10/27/05   {SEALED}

      12 -  2 10/31/05   {SEALED}

      13 -  1 11/04/05   DEF 1 motion for bail hearing.

      14 -  1 11/07/05   [Re: DEF 1] JDR Order granting motion for bail hearing (13-1); Bail Hrg
                         set for 11/16/05 at 10:30 a.m. cc: USA, R. Herz, USM, USPO


 ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                       Page 1
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0097--CR (JWS)
"USA V WILKINS FURMENT ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/15/05 | DEF 2 motion to suppress "no knock" search. |
| 16 - 1 | 11/15/05 | DEF 2 motion to reveal the deal. |
| 17 - 1 | 11/15/05 | DEF 2 motion for bill of particulars. |
| 18 - 1 | 11/15/05 | DEF 2 motion to suppress unlawful recordings/eavesdropping. |
| 19 - 1 | 11/15/05 | DEF 2 motion pertaining to confidential informants. |
| 20 - 1 | 11/15/05 | DEF 2 motion for production & inspection of law enforcement officer records. |
| 21 - 1 | 11/15/05 | DEF 2 motion for discovery of "defendant's statements." |
| 22 - 1 | 11/15/05 | DEF 2 motion to suppress car search. |
| 23 - 1 | 11/15/05 | DEF 2 motion to require disclosure of 404(b) evidence. |
| 24 - 1 | 11/15/05 | DEF 2 motion to sever trial from that of co-defendant. |
| 25 - 1 | 11/16/05 | [Re: DEF 2] JDR Minute Order setting evid hrg on DEF 2's mot to suppress "no-knock" & mot to suppress car search on 11/28/05 @ 9:30 a.m.; govt's oppos due by 4:00 p.m. on 11/23/05. cc: USA, R. Herz, D. Weber, USM |
| 26 - 1 | 11/16/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: bail review hrg held 11/16/05; oral mot to rls def w/conds denied; det cont as prev set. cc: USA, R. HERZ, USM, USPO |
| 27 - 1 | 11/18/05 | DEF 2 Notice of Intent to change plea. |
| 28 - 1 | 11/23/05 | [Re: DEF 2] JDR Minute Order re in light of the notice of intent to change plea, the evident hrg prev set for 11/28 is VACATED. cc: USA, D. Weber, USM, USPO |
| 29 - 1 | 11/29/05 | [Re: DEF 2] PLF 1 Notice of filing related Info (A05-0109 CR (JWS)). |
| 30 - 1 | 11/30/05 | [Re: DEF 2] Cert cy JWS Minute Order vacating DEF 2's 12/2/05 FPTC & TBJ & setting arr/EOP in A05-0109 CR (JWS). cc: USA, D. Weber, USM, USPO, MJ Roberts, JC |