FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 3: 55

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, <br>     Plaintiff, <br><br> vs. <br><br> WILKINS FURMENT, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. A05-0097-01 CR (JWS)

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

Comes now Lance C. Wells of the Law Offices Lance C. Wells, P.C. and undersigned counsel of the Law Office of Robert Herz and all hereby agree, consent and stipulate as follows:

That Lance C. Wells be allowed to substitute in as counsel of record on behalf of Defendant named above. This substitution will allow the Law Office of Robert Herz and Robert Herz to withdraw from these proceedings in their entirety as Mr. Wells has been privately retained in this matter.

**APPROVED AS TO FORM AND CONTENT**

Law Offices of Lance C. Wells, P.C.

Date: 12-1-05

_____
Lance C. Wells
Bar #9206045 AK.

Date: 12.5.05

_____
Robert Herz
Bar #8706023 AK.

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

Sub. of Counsel          1

32