**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ Deputy

UNITED STATES OF AMERICA   v.   FRANK ENRIQUE MOTA-RIJO

THE HONORABLE JOHN W. SEDWICK    CASE NO. A05-0097-02 CR (JWS)

Deputy Clerk                Official Recorder

Pam Richter                 _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant Mota-Rijo having entered a plea of guilty in case A05-0109 CR (JWS), the motions at dockets 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24 filed in the above-referenced case are each **DENIED** as moot.

DATE: December 16, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0097--CR (JWS)   12-16-05
D. WEBER
F. RUSSO (USA)

38