DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 253, # 9
Anchorage, Alaska  99513-7567
(907) 271-5071

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-00097-JWS |
|---|---|
| Plaintiff, | ) **MOTION TO DISMISS** ) **INDICTMENT** |
| vs. | ) |
| FRANK MOTA-RIJO, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its counsel, and moves this Court for an order dismissing the Indictment against the above-captioned individual, with prejudice,  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Pursuant to a plea agreement reached in related case no. 3:05-cr-00109-JWS, the United States agreed to dismiss the instant indictment

against the defendant after sentence was imposed in that case.  On June 7, 2006 the defendant was sentenced in that case.

    RESPECTFULLY SUBMITTED this <u>21st</u>  day of June, 2006, at Anchorage, Alaska.

    DEBORAH M. SMITH
Acting United States Attorney

<u>s/Frank V. Russo</u>
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3383
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No.  649320

I CERTIFY that a true and correct copy
of the <u>Government's Motion to Dismiss</u> was
served on the following counsel of record
via electronic notice on June 21, 2006:

Pamela Sullivan, Esq.

<u>s/ Frank V. Russo</u>