IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00097-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRANK MOTA-RIJO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to dismiss the Indictment in the above captioned case, IT IS HEREBY ORDERED that pursuant to Rule 48(a), Fed. R. Crim. P., the Indictment is DISMISSED with prejudice.

**IT IS SO ORDERED**.

DATED this _____ of June, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE