IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00097-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRANK MOTA-RIJO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to dismiss the

Indictment in the above captioned case, IT IS HEREBY ORDERED that pursuant

to Rule 48(a), Fed. R. Crim. P., the Indictment is DISMISSED with prejudice.

**IT IS SO ORDERED**.

DATED this 23rd day of June, 2006, at Anchorage, Alaska.


     /s/John  W. Sedwick
     UNITED STATES DISTRICT COURT JUDGE