**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,          )<br>                              )   Case No. 3:05-cr-00097-02-JWS<br>v.                            )<br>                              )<br>FRANK ENRIQUE MOTA-RIJO,      )<br>                              )<br>         Defendant.           )<br>_____) | |

**JUDGMENT OF DISCHARGE**
<u>FED.R.CRIM.P. 32(k)(1)</u>

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　 <u> X </u>  The court has granted the motion of the government for dismissal with prejudice;
　　　 <u>　　</u> The court has granted the motion of the defendant for a Judgment of Acquittal;
　　　 <u>　　</u> A jury has been waived, and the court has found the defendant NOT GUILTY;
　　　 <u>　　</u> The jury has returned its verdict, finding the defendant NOT GUILTY;
　　　 <u>　　</u> (Other reason, or reasons, if any);
of the offense(s) of Drug Conspiracy in violation of 21:846 and 841(b)(1)(A)&(B) as charged in Count 1; Distribution of Cocaine Base in violation of 21:841(a)(1) & (b)(1)(A) as charged in Count 2; Distribution of Cocaine Base in violation of 21:841(a) & (b)(1)(C) as charged in Counts 3 and 4 and; Possession of a Controlled Substance With Intent to Distribute in violation of 21:841(a)(1) & (b)(1)(C) as charged in Counts 5 and 6 of the Indictment.

　　　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　**DATED** at Anchorage, Alaska, this 26th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　 <u>/s/　　　　　　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　　 John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge

[305cr97-02JWS-judg-discharge.wpd]{DISCHARG.WPD*Rev.07/03}